# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL WILLIAMS, | No. 4:20-CV-00704 |
| Petitioner, | (Judge Brann) |
| v. | |
| WILLIAM BARR, *et al.*, | |
| Respondents. | |

## ORDER

**MAY 6, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Williams' motion to appoint counsel (Doc. 3) is **DENIED**;

2. Williams' 28 U.S.C. § 2241 petition (Doc. 1) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge